# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 11, 2010

Marilyn Kelly,
Chief Justice

139322

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 139322
COA: 290369
Wayne CC: 95-004183

HORACE CRUMP, JR.,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 29, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is a successive motion that is prohibited by MCR 6.502(G). We note, however, that the Court of Appeals erred in dismissing the defendant's application for leave to appeal for failure to file a transcript of jury instructions because the defendant waived his right to a jury trial and was tried before a circuit judge.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 11, 2010

Clerk

d0303